# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Chaffey Joint Union High Scholl District, Appellant v. FieldTurf, Inc., et al.

APPEAL FROM DISTRICT COURT:

District: New Jersey

D.C. Docket No.: 3:17-cv-04516-MAS-TJB

Date proceedings initiated in D.C.:

Date Notice of Appeal filed: February 26, 2026

USCA No.: 26-1433

## COUNSEL ON APPEAL

**Appellant(s)**: Chaffey Joint Union High School District

Name of Counsel: Peter Lindborg

Name of Party(ies): Chaffey Joint Union High Scholl District

Address: 550 N. Brand Blvd., Ste. 1830

Telephone No.: 818-637-8325

Fax No.: 818-637-8376

E-mail: plindborg@lmllp.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Reid Skibell

Name of Party(ies): FIELDTURF, INC., a Canadian corporation; FIELDTURF USA INC., a Florida corporation; FIELDTURF TARKETT SAS, a French corporation

Address: 1185 Avenue of the Americas, 22nd Floor

Telephone No.: 212-970-1610

Fax No.:

E-mail: rskibell@glennagre.com

Name of Counsel:

Name of Party(ies):

Address:

Telephone No.:

Fax No.:

E-mail:

Is this a Cross-Appeal?      Yes ☐    No ☑

Appeals Docket No.:

Was there a previous appeal in case?      Yes ☐    No ☑

If yes, Short Title:

Appeals Docket No.:

Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☐   No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:_____

D.C. Docket No.:_____

Court or Agency:_____

Docket Number:_____

Citation, if reported:_____

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☑ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this ___16th___ day of _March_ ___,20 26___ .

Signature of Counsel:_____