# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** 26-1433

Chaffey Joint Union High School Distrct    vs.   FieldTurf Inc., et al

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

FieldTurf Inc., a Canadian Corporation; FieldTurf USA Inc., a Florida Corporation; FieldTurf Tarkett SAS, a French Corporation

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)     ☐ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)     ☑ Appellee(s)     ☐ Amicus Curiae

(Type or Print) Counsel's Name **L. Reid Skibell**

☑ Mr.    ☐ Ms.    ☐ Mrs.    ☐ Miss    ☐ Mx.

Firm Glenn Agre Bergman & Fuentes

Address 1185 Avenue of the Americas, 22nd Floor

City, State, Zip Code New York, NY 10036

Phone 212-970-1610      Fax

**Primary E-Mail Address (required)** rskibell@glennagre.com

**Additional E-Mail Address (1)** mco@glennagre.com

**Additional E-Mail Address (2)**

**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020